NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVE LEE,                                    )
                                              )
                Appellant,                    )
                                              )
v.                                            )          Case No. 2D17-3835
                                              )
STATE OF FLORIDA,                             )
                                              )
                Appellee.                     )
_____ )

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Steve Lee, pro se.


PER CURIAM.


                Affirmed.


LaROSE, C.J., and NORTHCUTT and SLEET, JJ., Concur.